# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL DELPHA & BETH DELPHA,**

        **Plaintiffs,**

**-vs-**                                               **Case No. 6:06-cv-1662-Orl-31JGG**

**HOME DEPOT U.S.A., INC., ROANOKE COMPANIES GROUP, d/b/a Tile Perfect, Inc., SLR, INC., & AEROFIL TECHNOLOGY, INC., INNOVATIVE CHEMICAL TECHNOLOGIES, INC.,**

        **Defendants.**

_____/

## ORDER

This matter comes before the Court on the Conditional Remand Order (Doc. 35) entered by the United States Judicial Panel on Multidistrict Litigation. The parties are hereby **ORDERED** to file any motions that remain pending, as well as the responses to those motions, not more than 14 days from the date of this order. In addition, the parties are **ORDERED** to file a joint status report, not more that 20 days from the date of this order, detailing the amount of time they expect the trial to take, suggesting dates on which to begin trying the case, and outlining any other issues that need to be brought to the Court's attention before dates are set for the final pretrial conference and trial.

In addition, it is further **ORDERED** that all counsel must comply with the Court's Notice regarding CM/ECF (Doc. 12, 18) within 30 from the date of this order. Failure to comply will

result in counsel being removed from the mailing list and receiving no further notifications from the Court in this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 1, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party