# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL DELPHA & BETH DELPHA,**

       **Plaintiffs,**

**-vs-**                                     **Case No. 6:06-cv-1662-Orl-31GJK**

**HOME DEPOT U.S.A., INC., ROANOKE
COMPANIES GROUP, d/b/a Tile Perfect,
Inc., SLR, INC., & AEROFIL
TECHNOLOGY, INC., INNOVATIVE
CHEMICAL TECHNOLOGIES, INC.,**

       **Defendants.**

_____/

# ORDER

Upon consideration of the Suggestion of Bankruptcy (Doc. 57) filed by Defendant SLR,

Inc. ("SLR"), it is

**ORDERED** and **ADJUDGED** that:

1.      Pursuant to the provisions of 11 U.S.C. § 362, all claims (including but not limited

to crossclaims) against SLR are automatically STAYED.

2.      SLR is directed to file and serve, on or before June 1, 2010, and every three months

thereafter, a status report regarding the bankruptcy proceeding.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 9, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party