# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL DELPHA & BETH DELPHA,**

       **Plaintiffs,**

**-vs-**                                              Case No.  6:06-cv-1662-Orl-31GJK

**HOME DEPOT U.S.A., INC., ROANOKE
COMPANIES GROUP, d/b/a Tile Perfect,
Inc.,  SLR, INC., & AEROFIL
TECHNOLOGY, INC., INNOVATIVE
CHEMICAL TECHNOLOGIES, INC.,**

       **Defendants.**
_____/

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

---

**MOTION:**      **MOTIONS FOR SUMMARY JUDGMENT (Doc. 39, 41)**

**FILED:**      **February 17, 2010**

---

**THEREON** it is **ORDERED** that the motions are **DENIED** without prejudice. The Movants have withdrawn the motions, subject to the possibility of them being refiled at the close of discovery.  (Doc. 50 at 4).

---

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 8, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE